UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUVALL GARRISON,<br><br>    Plaintiff,<br><br>-against-<br><br>AMERICAN SUGAR REFINING, INC.,<br>AMERICAN SUGAR HOLDINGS, INC.<br>ASR GROUP INTERNATIONAL, INC. and<br>DENNIS ANGONE,<br><br>    Defendants. | Case No.: 7:21-cv-10917-VB<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Davall Garrison, in the above-captioned matter, appeals to the United States Court of Appeals for the Second Circuit from the attached Judgment entered on June 26, 2025, that granted Defendants' motion for summary judgment, dismissing all of Plaintiff's claims.

Dated: New York, New York
   July 15, 2025

                          GODDARD LAW PLLC

                          /s/ Megan S. Goddard
                          Megan S. Goddard
                          39 Broadway, Suite 1540
                          New York, New York 10006
                          Tel: 646 964-1178
                          Fax: 212 208-2914
                          megan@goddardlawnyc.com

                          *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
DAVALL GARRISON,

                      Plaintiff,                      21 **CIVIL** 10917 (VB)

      -against-                                    **JUDGMENT**

AMERICAN SUGAR REFINING, INC.;
AMERICAN SUGAR HOLDINGS, INC.;
ASR GROUP INTERNATIONAL, INC.; and DENNIS
ANGONE,

                      Defendants.
--------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2025, the motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

        June 26, 2025

                                                                     **TAMMI M. HELLWIG**

                                                                        **Clerk of Court**

                                        **BY:**

                                                                            **Deputy Clerk**

CLOSED,APPEAL,ECF,MEDTFR4

# U.S. District Court
## Southern District of New York (White Plains)
### CIVIL DOCKET FOR CASE #: 7:21−cv−10917−VB

| | |
|---|---|
| Garrison v. American Sugar Refining, Inc. et al | Date Filed: 12/20/2021 |
| Assigned to: Judge Vincent L. Briccetti | Date Terminated: 06/26/2025 |
| Demand: $2,500,000 | Jury Demand: Plaintiff |
| Case in other court: New York Supreme Court, County of Westchester, 56951/2021 | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Diversity |
| Cause: 28:1332nr Diversity: Notice of Removal | |

**Plaintiff**

**Davall Garrison**      represented by     **Frances Codd Slusarz**
Gordon Rees Scully Mansukhani
One Battery Park Plaza, 28th Fl
New York, NY 10004
212−269−5500
Fax: 212−269−5505
Email: fslusarz@grsm.com
*TERMINATED: 03/05/2025*

**Megan Sarah Goddard**
Goddard Law PLLC
39 Broadway, Suite 1540
Suite 1540
New York, NY 10006
646−964−1178
Fax: 212−208−2914
Email: megan@goddardlawnyc.com
*ATTORNEY TO BE NOTICED*

**Shaina Claire Wood**
Goddard Law PLLC
39 Broadway
Suite 1540
New York, NY 10006
646−964−1178
Email: shaina@goddardlawnyc.com
*TERMINATED: 12/06/2022*

V.

**Defendant**

**American Sugar Refining, Inc.**      represented by     **Allan S Bloom**
Proskauer Rose LLP (NYC)
11 Times Square
New York, NY 10036
212−969−4001
Fax: 212−969−2900
Email: ABloom@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigail Rosenblum**
Proskauer Rose LLP
11 Times Square
New York, NY 10036
212−969−3854
Email: arosenblum@proskauer.com
*ATTORNEY TO BE NOTICED*

                                                        **Melissa Ann Overbeck**
Proskauer Rose LLP
New York
11 Times Square
New York, NY 10036
212–969–3086
Email: MOverbeck@proskauer.com
*ATTORNEY TO BE NOTICED*

                           **Yonatan L Grossman–Boder**
Proskauer Rose LLP (NYC)
11 Times Square
New York, NY 10036
212–969–3248
Fax: 212–969–2900
Email: ygrossman–boder@proskauer.com
*ATTORNEY TO BE NOTICED*

                           **Lawrence Roy Sandak**
Law Office of Lawrence R. Sandak
101 Eisenhower Pkwy
Ste 300
Roseland, NJ 07068
732–245–1550
Fax: 973–994–2435
Email: lrs@sandaklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Sugar Holdings, Inc.**        represented by    **Allan S Bloom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                           **Abigail Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

                           **Melissa Ann Overbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

                           **Yonatan L Grossman–Boder**
(See above for address)
*ATTORNEY TO BE NOTICED*

                           **Lawrence Roy Sandak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ASR Group International, Inc.,**        represented by    **Allan S Bloom**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                           **Abigail Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

                           **Melissa Ann Overbeck**
(See above for address)
*ATTORNEY TO BE NOTICED*

|  |  | **Yonatan L Grossman–Boder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|--|--|--|
|  |  | **Lawrence Roy Sandak**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Tappan Dutta**<br>*TERMINATED: 12/22/2022* | represented by | **Lawrence Roy Sandak**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|--|--|--|
|  |  | **Yonatan L Grossman–Boder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Dennis Angone** | represented by | **Allan S Bloom**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|--|--|--|
|  |  | **Lawrence Roy Sandak**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Yonatan L Grossman–Boder**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Abigail Rosenblum**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Melissa Ann Overbeck**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|--|--|--|
| 12/20/2021 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Westchester. Case Number: 56951/2021. (Filing Fee $ 402.00, Receipt Number ANYSDC–25494574).Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Sandak, Lawrence) (Entered: 12/20/2021) |
| 12/20/2021 | 2 | CIVIL COVER SHEET filed..(Sandak, Lawrence) (Entered: 12/20/2021) |
| 12/20/2021 | 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent ASR Group International, Inc., for American Sugar Refining, Inc.. Document filed by American Sugar Holdings, Inc., American Sugar Refining, Inc...(Sandak, Lawrence) (Entered: 12/20/2021) |
| 12/20/2021 | 4 | NOTICE OF APPEARANCE by Yonatan L Grossman–Boder on behalf of ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc...(Grossman–Boder, Yonatan) (Entered: 12/20/2021) |
| 12/21/2021 |  | Case Designated ECF. (gp) (Entered: 12/21/2021) |

| | | |
|---|---|---|
| 12/21/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Vincent L. Briccetti. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(gp) (Entered: 12/21/2021) |
| 12/21/2021 | | Magistrate Judge Paul E. Davison is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (gp) (Entered: 12/21/2021) |
| 12/21/2021 | | Case Designated ECF. (gp) (Entered: 12/21/2021) |
| 12/22/2021 | 5 | CERTIFICATE OF SERVICE of Notice of Filling of Notice of Removal served on Megan Goddard, Esq. and Siobhan Klassen, Esq. and County Clerk, Supreme Court of the State of New York, County of Westchester on December 20, 2021 and Service was made via NYSCEF E−filing System, and of Notice of Removal, Civil Cover Sheet, Notice of Filing of Notice of Removal, Individual Rules for the Hon. Vincent L. Briccetti, Individual Rules for Hon. Paul E. Davison, and the SDNY ECF Instructions and Rules served on Megan S. Goddard, Esq. and Siobhan Klassen, Esq. on December 21 2021 served on Plaintiff Davall Garrison on December 21, 2021. Service was made by United States Mail and Electronic Mail. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc...(Grossman−Boder, Yonatan) (Entered: 12/22/2021) |
| 12/22/2021 | 6 | NOTICE OF APPEARANCE by Megan Sarah Goddard on behalf of Davall Garrison..(Goddard, Megan) (Entered: 12/22/2021) |
| 12/23/2021 | 7 | JOINT LETTER MOTION for Extension of Time *to Serve Complaint and Answer or Otherwise Respond.* addressed to Judge Vincent L. Briccetti from Lawrence R. Sandak dated 12/23/2021. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc...(Sandak, Lawrence) (Entered: 12/23/2021) |
| 12/23/2021 | 8 | ORDER granting 7 Letter Motion for Extension of Time; Plaintiff's complaint shall be served and filed by 2/18/2022. Defendants shall file their answer or other response to the complaint by 4/18/2022. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 12/23/2021) |
| 02/18/2022 | 9 | COMPLAINT against ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Tappan Dutta, Dennis Angone. (Filing Fee $ 402.00, Receipt Number ANYSDC−25753528)Document filed by Davall Garrison..(Goddard, Megan) (Entered: 02/18/2022) |
| 02/18/2022 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Tappan Dutta, re: 9 Complaint. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 02/18/2022) |
| 02/18/2022 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Dennis Angone, re: 9 Complaint. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 02/18/2022) |
| 02/18/2022 | 12 | ELECTRONIC SUMMONS ISSUED as to Tappan Dutta..(gp) (Entered: 02/18/2022) |
| 02/18/2022 | 13 | ELECTRONIC SUMMONS ISSUED as to Dennis Angone..(gp) (Entered: 02/18/2022) |
| 02/18/2022 | 14 | LETTER MOTION for Extension of Time *to Serve the Individual Defendants* addressed to Judge Vincent L. Briccetti from Megan S. Goddard, Esq. dated February 18, 2022. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 02/18/2022) |
| 02/22/2022 | 15 | ORDER granting 14 Letter Motion for Extension of Time: By 3/21/2022, plaintiff shall serve the summons and complaint on the individual defendants. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (jsy) (Entered: 02/22/2022) |

| | | |
|---|---|---|
| 03/15/2022 | 16 | NOTICE OF APPEARANCE by Yonatan L Grossman−Boder on behalf of Dennis Angone, Tappan Dutta..(Grossman−Boder, Yonatan) (Entered: 03/15/2022) |
| 03/15/2022 | 17 | NOTICE OF APPEARANCE by Lawrence Roy Sandak on behalf of Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 03/15/2022) |
| 03/23/2022 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Dennis Angone waiver sent on 3/15/2022, answer due 5/16/2022. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 03/23/2022) |
| 03/23/2022 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. Tappan Dutta waiver sent on 3/15/2022, answer due 5/16/2022. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 03/23/2022) |
| 04/18/2022 | 20 | MOTION to Dismiss . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 04/18/2022) |
| 04/18/2022 | 21 | MEMORANDUM OF LAW in Support re: 20 MOTION to Dismiss . . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 04/18/2022) |
| 04/18/2022 | 22 | DECLARATION of LAWRENCE R. SANDAK in Support re: 20 MOTION to Dismiss .. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Sandak, Lawrence) (Entered: 04/18/2022) |
| 04/19/2022 | 23 | ORDER: Accordingly, it is hereby ORDERED that, by no later than April 28, 2022, plaintiff must notify the Court by letter whether he (i) intends to file an amended complaint in response to the motion to dismiss, or (ii) will rely on the complaint that is the subject of the motion to dismiss, as further set forth herein. (Signed by Judge Vincent L. Briccetti on 4/19/2022) (mml) (Entered: 04/19/2022) |
| 04/28/2022 | 24 | LETTER addressed to Judge Vincent L. Briccetti from Megan S. Goddard, Esq. dated April 28, 2022 re: Filing of Amended Complaint in Response to Defendants' Motion to Dismiss. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 04/28/2022) |
| 04/29/2022 | 25 | MEMO ENDORSEMENT on re: 24 Letter filed by Davall Garrison. ENDORSEMENT: The amended complaint shall be filed by 5/12/22. So Ordered. (Amended Pleadings due by 5/12/2022.) (Signed by Judge Vincent L. Briccetti on 4/28/2022) (mml) (Entered: 04/29/2022) |
| 05/12/2022 | 26 | AMENDED COMPLAINT amending 9 Complaint against ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta with JURY DEMAND.Document filed by Davall Garrison. Related document: 9 Complaint..(Goddard, Megan) (Entered: 05/12/2022) |
| 06/02/2022 | 27 | MOTION to Dismiss *THE AMENDED COMPLAINT*. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 06/02/2022) |
| 06/02/2022 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION to Dismiss *THE AMENDED COMPLAINT*. . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 06/02/2022) |
| 06/02/2022 | 29 | DECLARATION of LAWRENCE R. SANDAK in Support re: 27 MOTION to Dismiss *THE AMENDED COMPLAINT*.. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Sandak, Lawrence) (Entered: 06/02/2022) |
| 06/03/2022 | 30 | ORDER denying as moot 20 Motion to Dismiss: Defendants' motion to dismiss the complaint is terminated as moot in light of defendants' motion to dismiss the amended complaint. (Doc. #27). (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text |

| | | |
|---|---|---|
| | | Only Order) (jsy) (Entered: 06/03/2022) |
| 06/06/2022 | 31 | NOTICE OF APPEARANCE by Shaina Claire Wood on behalf of Davall Garrison..(Wood, Shaina) (Entered: 06/06/2022) |
| 06/07/2022 | 32 | FIRST LETTER MOTION for Extension of Time *to File Opposition to Defendant's Motion to Dismiss Amended Complaint* addressed to Judge Vincent L. Briccetti from Shaina Wood, Esq. dated June 7, 2022. Document filed by Davall Garrison..(Wood, Shaina) (Entered: 06/07/2022) |
| 06/07/2022 | 33 | ORDER granting 32 Letter Motion for Extension of Time: Opposition due 6/16/2022. Reply due 6/23/2022. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 06/07/2022) |
| 06/16/2022 | 34 | MEMORANDUM OF LAW in Opposition re: 27 MOTION to Dismiss *THE AMENDED COMPLAINT*. . Document filed by Davall Garrison..(Wood, Shaina) (Entered: 06/16/2022) |
| 06/23/2022 | 35 | REPLY MEMORANDUM OF LAW in Support re: 27 MOTION to Dismiss *THE AMENDED COMPLAINT*. . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Sandak, Lawrence) (Entered: 06/23/2022) |
| 12/06/2022 | 36 | NOTICE of Withdrawal of Appearance of Shaina C. Wood As Counsel. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 12/06/2022) |
| 12/06/2022 | 37 | ORDER re: 36 Notice (Other) filed by Davall Garrison: [Order granting Doc. #36]The Clerk is instructed to terminate Shaina C. Wood as counsel for plaintiff Davall Garrison. (HEREBY ORDERED by Judge Vincent L. Briccetti) (Text Only Order) (lef) Transmission to Docket Assistant Clerk for processing. (Entered: 12/06/2022) |
| 12/22/2022 | 38 | OPINION AND ORDER: re: 27 MOTION to Dismiss THE AMENDED COMPLAINT. filed by Tappan Dutta, American Sugar Refining, Inc., ASR Group International, Inc., American Sugar Holdings, Inc., Dennis Angone. The motion is GRANTED in part and DENIED in part. Plaintiff's hostile work environment claims under Title VII and Section 1981 are dismissed, as are all claims against Tappan Dutta.All other claims may proceed. By January 5, 2023, the American Sugar defendants and Dennis Angone shall file an answer to the amended complaint. By separate Order, the Court will schedule an initial pretrial conference. The Clerk is instructed to terminate Tappan Dutta as a defendant in this action. The Clerk is further instructed to terminate the motion. (Doc. #27). SO ORDERED., Dennis Angone answer due 1/5/2023., Tappan Dutta terminated. (Signed by Judge Vincent L. Briccetti on 12/22/2022) (ama) (Entered: 12/22/2022) |
| 12/22/2022 | 39 | NOTICE OF INITIAL CONFERENCE: Initial Conference set for 2/2/2023 at 11:00 AM in Courtroom 620, 300 Quarropas Street, White Plains, NY 10601 before Judge Vincent L. Briccetti. (mml) (Entered: 12/22/2022) |
| 12/29/2022 | 40 | LETTER MOTION for Extension of Time to File Answer re: 26 Amended Complaint, addressed to Judge Vincent L. Briccetti from Yonatan L. Grossman−Boder dated December 29, 2022. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone, Tappan Dutta..(Grossman−Boder, Yonatan) (Entered: 12/29/2022) |
| 12/30/2022 | 41 | ORDER granting 40 Letter Motion for Extension of Time to Answer: By 1/19/2023, defendants shall file an answer to the amended complaint. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (lrc) (Entered: 12/30/2022) |
| 01/19/2023 | 42 | NOTICE OF APPEARANCE by Allan S Bloom on behalf of ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 01/19/2023) |
| 01/19/2023 | 43 | ANSWER to 26 Amended Complaint,. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 01/19/2023) |
| 01/24/2023 | 44 | ORDER OF AUTOMATIC REFERRAL TO MEDIATION (See M−10−468 Second Amended Standing Order). Please reference the Pilot Discovery Protocols, attached, |

| | | |
|---|---|---|
| | | and the Mediation Program Procedures (https://nysd.uscourts.gov/programs/mediation–adr). E–mail MediationOffice@nysd.uscourts.gov, telephone 212–805–0643. Mediator to be Assigned by 2/7/2023. (Signed by Judge Loretta A. Preska on 10/01/2015) (rpr) (Entered: 01/24/2023) |
| 01/24/2023 | 45 | NOTICE OF APPEARANCE by Frances Codd Slusarz on behalf of Davall Garrison..(Slusarz, Frances) (Entered: 01/24/2023) |
| 01/26/2023 | 46 | PROPOSED CASE MANAGEMENT PLAN. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 01/26/2023) |
| 01/31/2023 | 47 | NOTICE OF APPEARANCE by Abigail Rosenblum on behalf of ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Rosenblum, Abigail) (Entered: 01/31/2023) |
| 02/02/2023 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti: Initial Pretrial Conference held on 2/2/2023. (Court Reporter n/a)Case management plan signed. Joint letter regarding the status of settlement due 6–9–23. Further conference is scheduled for 8–16–23 at 12:30 p.m. (dh) (Entered: 02/02/2023) |
| 02/02/2023 | 48 | CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Defendants do not consent to the trial by jury of any issue not required by law to be tried to a jury, including but not limited to any determination of equitable remedies. Motions due by 3/6/2023. Non–expert depositions shall be completed by 6/2/2023. Expert Deposition due by 7/17/2023. Fact Discovery due by 6/2/2023. Expert Discovery due by 7/17/2023. Discovery due by 8/2/2023. The parties have conferred and their present best estimate of the length of the trial is 5 days. Case Management Conference set for 8/16/2023 at 12:30 PM before Judge Vincent L. Briccetti. (Signed by Judge Vincent L. Briccetti on 2/2/2023) (mml) (Entered: 02/02/2023) |
| 02/02/2023 | | NOTICE OF MEDIATOR ASSIGNMENT – Notice of assignment of mediator. Mediator Schedule due by 3/6/2023.(ah) (Entered: 02/02/2023) |
| 02/16/2023 | | FIRST MEDIATION CONFERENCE. Mediation Conference scheduled for 4/11/2023 at 10:00 AM in telephone or video conference.(mnp) (Entered: 02/16/2023) |
| 04/11/2023 | | Minute Entry for proceedings held before SDNY Mediation: Mediation Conference held on 4/11/2023. Mediation Status due by 5/11/2023. (mnp) (Entered: 04/12/2023) |
| 05/02/2023 | | SUBSEQUENT MEDIATION CONFERENCE. Mediation Conference scheduled for 5/31/2023 at 10:00 AM in telephone or video conference.(mnp) (Entered: 05/02/2023) |
| 05/24/2023 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Victoria Reznik. Please note that this is a reassignment of the designation only. (vfr) (Entered: 05/24/2023) |
| 06/02/2023 | 49 | FIRST LETTER MOTION for Extension of Time to Complete Discovery *and an adjournment of the status conference* addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated June 2, 2023. Document filed by Davall Garrison. (Attachments: # 1 Text of Proposed Order Proposed Revised Civil Case Discovery Plan and Scheduling Order).(Slusarz, Frances) (Entered: 06/02/2023) |
| 06/02/2023 | 50 | ORDER granting 49 Letter Motion for Extension of Time to Complete Discovery: Discovery deadlines are extended as set forth in the Revised Civil Case Discovery Plan and Scheduling Order, which will be separately docketed. The deadline for completion of fact discovery is extended to 9/6/2023, and the deadline for completion of all discovery is extended to 10/31/2023. **The case management conference scheduled for 8/16/2023 is adjourned to 11/15/2023, at 10:00 a.m.** The conference will proceed in person, at the White Plains courthouse, courtroom 620. By 9/7/2023, the parties shall submit a joint letter regarding the status of settlement discussions. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (lef) (Entered: 06/02/2023) |

| | | |
|---|---|---|
| 06/05/2023 | 51 | REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.) This case is to be tried to a jury. Deposition due by 10/16/2023. Fact Discovery due by 9/6/2023. Non−expert depositions shall be completed by September 6, 2023. Expert Discovery due by 10/16/2023. Discovery due by 10/31/2023. The parties have conferred and their present best estimate of the length of the trial is 5 days. Case Management Conference set for 11/11/2023 at 10:00 AM before Judge Vincent L. Briccetti. SO ORDERED. (Signed by Judge Vincent L. Briccetti on 6/2/23) (yv) (Entered: 06/05/2023) |
| 07/11/2023 | 52 | NOTICE OF APPEARANCE by Melissa Ann Overbeck on behalf of ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Overbeck, Melissa) (Entered: 07/11/2023) |
| 08/10/2023 | 53 | PROPOSED STIPULATION AND ORDER. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 08/10/2023) |
| 08/10/2023 | 54 | CONFIDENTIALITY STIPULATION AND ORDER...regarding procedures to be followed that shall govern the handling of confidential material... SO ORDERED. (Signed by Judge Vincent L. Briccetti on 8/10/2023) (tg) (Entered: 08/10/2023) |
| 08/10/2023 | 55 | ORDER REGARDING SEALED DOCUMENTS: The Court having So Ordered the parties' Stipulated Confidentiality and Protective Order, dated August 10, 2023, which, among other things, provides for the filing of documents under seal, it is further ORDERED: 1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices. 2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal." SO ORDERED. (Signed by Judge Vincent L. Briccetti on 8/10/2023) (tg) (Entered: 08/10/2023) |
| 08/21/2023 | 56 | CONSENT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated August 21, 2023. Document filed by Davall Garrison. (Attachments: # 1 Proposed Order Proposed Second Revised Discovery Plan).(Slusarz, Frances) (Entered: 08/21/2023) |
| 08/23/2023 | 57 | ORDER granting 56 Letter Motion for Extension of Time to Complete Discovery: Discovery deadlines are extended as set forth in the Second Revised Civil Case Discovery Plan and Scheduling Order, which will be separately docketed. The deadline for completion of fact discovery is extended to 12/5/2023, and the deadline for completion of all discovery is extended to 2/15/2024. The case management conference scheduled for 11/15/2023 is adjourned to 12/14/2023, at 10:00 a.m. The conference will proceed in person, at the White Plains courthouse, courtroom 620. By 11/15/2023, the parties shall submit a joint letter regarding the status of settlement discussions. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (KEM) (Entered: 08/23/2023) |
| 08/23/2023 | 58 | SECOND REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Non−expert depositions shall be completed by 12/5/2023. eXPERT Deposition due by 1/30/2024. Fact Discovery due by 12/5/2023. Expert Discovery due by 1/30/2024. Discovery due by 2/15/2024. The parties have conferred and their present best estimate of the length of the trial is 5 days. Case Management Conference set for 12/14/2023 at 10:00 AM before Judge Vincent L. Briccetti. (Signed by Judge Vincent L. Briccetti on 8/23/2023) (mml) (Entered: 08/23/2023) |
| 11/06/2023 | 59 | JOINT LETTER addressed to Judge Vincent L. Briccetti from Melissa A. Overbeck dated November 6, 2023 re: Status of Settlement Negotiations. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Overbeck, Melissa) (Entered: 11/06/2023) |

| | | |
|---|---|---|
| 11/28/2023 | 60 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Vincent L. Briccetti from Melissa A. Overbeck dated 11/28/2023. Document filed by American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone. (Attachments: # 1 Proposed Order [PROPOSED] THIRD REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER).(Overbeck, Melissa) (Entered: 11/28/2023) |
| 11/29/2023 | 61 | ORDER granting 60 Letter Motion for Extension of Time to Complete Discovery: Discovery deadlines are extended as set forth in the Third Revised Civil Case Discovery Plan and Scheduling Order, which will be separately docketed. The deadline for completion of fact discovery is extended to 3/5/2024, and the deadline for completion of all discovery is extended to 5/15/2024. The case management conference scheduled for 12/14/2023 is adjourned to 5/29/2024 at 10:00 a.m., to be conducted in person at the White Plains courthouse, Courtroom 620. By 3/12/2024, the parties shall submit a joint letter regarding the status of settlement discussions. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 11/29/2023) |
| 11/29/2023 | 62 | THIRD REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel and any unrepresented parties, pursuant to Fed. R. Civ. P. 16 and 26(f): All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Deposition due by 4/30/2024. All Fact Discovery due by 3/5/2024. All Expert Discovery due by 4/30/2024. All Discovery due by 5/15/2024. Non−expert depositions shall be completed by 3/05/2024. The parties have conferred and their present best estimate of the length of the trial is 5 days. The Magistrate Judge assigned to this case is the Honorable Victoria Reznik. The next Case Management Conference set for 5/29/2024 at 10:00 AM before Judge Vincent L. Briccetti. SO ORDERED. (Signed by Judge Vincent L. Briccetti on 11/29/2023) (ama) (Main Document 62 replaced on 11/30/2023) (mml). Modified on 11/30/2023 (mml). (Entered: 11/29/2023) |
| 03/04/2024 | 63 | CONSENT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated March 4, 2024. Document filed by Davall Garrison. (Attachments: # 1 Proposed Order 4th Case Management Plan and Scheduling Order).(Slusarz, Frances) (Entered: 03/04/2024) |
| 03/04/2024 | 64 | ORDER granting 63 Letter Motion for Extension of Time to Complete Discovery: Discovery deadlines are extended as set forth in the Fourth Revised Civil Case Discovery Plan and Scheduling Order, which will be separately docketed. The deadline for completion of fact discovery is extended to 5/17/2024, and the deadline for completion of all discovery is extended to 7/29/2024. **The case management conference scheduled for 5/29/2024 is adjourned to 8/1/2024, at 11:00 a.m.** The conference will proceed in person, at the White Plains courthouse, courtroom 620. By 5/24/2024, the parties shall submit a joint letter regarding the status of settlement discussions. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (kmk) (Entered: 03/04/2024) |
| 03/04/2024 | 65 | FOURTH REVISED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. This case is to be tried to a jury. Non−expert depositions shall be completed by 5/17/2024. Expert Deposition due by 7/29/2024. Fact Discovery due by 5/17/2024. Expert Discovery due by 7/29/2024. Discovery due by 7/29/2024. The parties have conferred and their present best estimate of the length of the trial is 5 days. Case Management Conference set for 8/1/2024 at 11:00 AM before Judge Vincent L. Briccetti. (Signed by Judge Vincent L. Briccetti on 3/4/2024) (mml) (Entered: 03/04/2024) |
| 05/17/2024 | 66 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated 05/17/2024. Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 05/17/2024) |
| 05/20/2024 | 67 | ORDER granting 66 Letter Motion for Extension of Time to Complete Discovery: As plaintiff's request affects multiple dates and deadlines, the request to extend discovery deadlines fails to comply with Paragraph 1.G of Judge Briccetti's Individual Practices, |

| | | |
|---|---|---|
| | | which requires a party to attach to its request a proposed Revised Civil Case Discovery Plan and Scheduling Order. Nevertheless, to avoid wasted time and effort, the Court extends the deadline for completion of fact discovery to 6/30/2024, and the deadline for completion of all expert discovery is STAYED pending defendants' anticipated motion for summary judgment. Also, by 7/8/2024, the parties shall submit a joint letter regarding their good faith settlement discussions. The next case management conference remains scheduled for 8/1/2024, at 11:00 a.m. The parties are reminded that in accordance with Paragraph 2.B.ii of Judge Briccetti's Individual Practices, a pre−motion conference is required before making a motion for summary judgment. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (kmk) (Entered: 05/20/2024) |
| 07/08/2024 | 68 | JOINT LETTER addressed to Judge Vincent L. Briccetti from Melissa A. Overbeck dated 7/8/2024 re: Settlement Status. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Overbeck, Melissa) (Entered: 07/08/2024) |
| 07/08/2024 | 69 | ORDER re: 68 Letter: In light of the parties' representation that settlement discussions are no longer ongoing, defendants shall file a pre−motion conference letter setting forth the basis for their anticipated motion for summary judgment by 7/18/2024. Plaintiff shall file his response by 7/25/2024. The next case management conference remains scheduled for 8/1/2024, at 11:00 a.m., at which time the parties shall be prepared to discuss their respective positions and a proposed briefing schedule. If defendants no longer intend to move for summary judgment, the parties shall be prepared to discuss a schedule for expert discovery. (HEREBY ORDERED by Judge Vincent L. Briccetti) (Text Only Order) (kmk) (Entered: 07/08/2024) |
| 07/18/2024 | 70 | LETTER MOTION for Conference *re: Pre−Motion Conference in connection with anticipated Motion for Summary Judgment* addressed to Judge Vincent L. Briccetti from Allan S. Bloom dated July 18, 2024. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 07/18/2024) |
| 07/18/2024 | 71 | LETTER MOTION for Discovery *Leave to Take Final Deposition* addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated July 18, 2024. Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 07/18/2024) |
| 07/18/2024 | 72 | ORDER granting 71 Letter Motion for Discovery: Fact discovery is extended for the sole purpose of proceeding with the deposition scheduled for 7/31/2024. All other deadlines remain in effect, and the next case management conference remains scheduled for 8/1/2024. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (kmk) (Entered: 07/18/2024) |
| 07/25/2024 | 73 | LETTER RESPONSE in Opposition to Motion addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated July 25, 2024 re: 70 LETTER MOTION for Conference *re: Pre−Motion Conference in connection with anticipated Motion for Summary Judgment* addressed to Judge Vincent L. Briccetti from Allan S. Bloom dated July 18, 2024. . Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 07/25/2024) |
| 08/01/2024 | | Minute Entry for proceedings held before Judge Vincent L. Briccetti: Pre Motion Conference held on 8/1/2024. (Court Reporter Sue Ghorayeb)Counsel for all parties present. Order to follow.(dh) (Entered: 08/01/2024) |
| 08/01/2024 | 74 | ORDER terminating 70 Letter Motion for Conference. As discussed at a conference held today and attended by counsel for both parties, it is HEREBY ORDERED: 1. Defendants' motion for summary judgment, if any, is due September 6, 2024. 2. Plaintiff's opposition is due October 11, 2024. 3. Defendants' reply, if any, is due November 1, 2024. The Clerk is instructed to terminate the pending letter−motion. (Doc. #70). SO ORDERED. (Signed by Judge Vincent L. Briccetti on 8/1/2024) (mml) (Entered: 08/01/2024) |
| 08/01/2024 | | Set/Reset Deadlines: Motions due by 9/6/2024. Responses due by 10/11/2024. Replies due by 11/1/2024. (mml) (Entered: 08/01/2024) |
| 09/06/2024 | 75 | MOTION for Summary Judgment . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis |

| | | |
|---|---|---|
| | | Angone..(Bloom, Allan) (Entered: 09/06/2024) |
| 09/06/2024 | 76 | MEMORANDUM OF LAW in Support re: 75 MOTION for Summary Judgment . . Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 09/06/2024) |
| 09/06/2024 | 77 | RULE 56.1 STATEMENT. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 09/06/2024) |
| 09/06/2024 | 78 | DECLARATION of ALLAN S. BLOOM in Support re: 75 MOTION for Summary Judgment .. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21).(Bloom, Allan) (Entered: 09/06/2024) |
| 09/06/2024 | 79 | DECLARATION of CHAD BAUM in Support re: 75 MOTION for Summary Judgment .. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Bloom, Allan) (Entered: 09/06/2024) |
| 09/06/2024 | 80 | DECLARATION of ELIZABETH MENDONCA in Support re: 75 MOTION for Summary Judgment .. Document filed by ASR Group International, Inc.,, American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone..(Bloom, Allan) (Entered: 09/06/2024) |
| 10/09/2024 | 81 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 75 MOTION for Summary Judgment . addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated October 9, 2024. Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 10/09/2024) |
| 10/09/2024 | 82 | ORDER granting 81 Letter Motion for Extension of Time to File Response/Reply: Plaintiff's opposition to defendants' motion for summary judgment is due 10/14/2024. Defendants' reply is due 11/4/2024. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (kmk) (Entered: 10/09/2024) |
| 10/14/2024 | 83 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 75 MOTION for Summary Judgment . addressed to Judge Vincent L. Briccetti from Frances Codd Slusarz dated October 14, 2024. Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 10/14/2024) |
| 10/14/2024 | 84 | ORDER granting 83 Letter Motion for Extension of Time to File Response/Reply: Plaintiff's opposition to defendants' motion for summary judgment is due 10/15/2024. Defendants' reply is due 11/5/2024. (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 10/14/2024) |
| 10/15/2024 | 85 | MEMORANDUM OF LAW in Opposition re: 75 MOTION for Summary Judgment . . Document filed by Davall Garrison. (Attachments: # 1 Supplement Response to Defendants' Rule 56.1 Statement of Material Facts, # 2 Affidavit Declaration of Davall Garrison, # 3 Affidavit Declaration of Wayne Forrester, # 4 Affidavit Declaration of Andrea Stephens, # 5 Affidavit Declaration of Frances Codd Slusarz, # 6 Exhibit Exhibit 1 to Slusarz Declaration, # 7 Exhibit Exhibit 2 to Slusarz Declaration, # 8 Exhibit Exhibit 3 to Slusarz Declaration, # 9 Exhibit Exhibit 4 to Slusarz Declaration, # 10 Exhibit Exhibit 5 to Slusarz Declaration, # 11 Exhibit Exhibit 6 to Slusarz Declaration, # 12 Exhibit Exhibit 7 to Slusarz Declaration, # 13 Exhibit Exhibit 8 to Slusarz Declaration).(Slusarz, Frances) (Entered: 10/15/2024) |
| 11/05/2024 | 86 | REPLY MEMORANDUM OF LAW in Support re: 75 MOTION for Summary Judgment . . Document filed by American Sugar Refining, Inc., American Sugar Holdings, Inc., Dennis Angone, ASR Group International, Inc.,..(Bloom, Allan) (Entered: 11/05/2024) |
| 11/05/2024 | 87 | DECLARATION of ALLAN S. BLOOM (REPLY) in Support re: 75 MOTION for Summary Judgment .. Document filed by American Sugar Refining, Inc., American Sugar Holdings, Inc., Dennis Angone, ASR Group International, Inc.,. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Bloom, Allan) (Entered: 11/05/2024) |
| 01/22/2025 | 88 | NOTICE of Withdrawal of Appearance of Frances Codd Slusarz. Document filed by Davall Garrison..(Goddard, Megan) (Entered: 01/22/2025) |
| 03/04/2025 | 89 | MOTION for Frances Codd Slusarz to Withdraw as Attorney *for Plaintiff*. Document filed by Davall Garrison..(Slusarz, Frances) (Entered: 03/04/2025) |
| 03/05/2025 | 90 | MEMO ENDORSED ORDER granting 89 Motion to Withdraw as Attorney. ENDORSEMENT: Motion granted. The Clerk of Court is directed to (1) terminate Ms. Slusarz's appearance on the docket, and (2) terminate the motion (Doc. #89). SO ORDERED. Attorney Frances Codd Slusarz terminated. (Signed by Judge Vincent L. Briccetti on 3/5/2025) (mml) (Entered: 03/06/2025) |
| 06/25/2025 | 91 | OPINION AND ORDER re: 75 MOTION for Summary Judgment. filed by American Sugar Refining, Inc., ASR Group International, Inc., American Sugar Holdings, Inc., Dennis Angone. The motion for summary judgment is GRANTED. The Clerk is instructed to terminate the motion (Doc. #75) and close this case. SO ORDERED. (Signed by Judge Vincent L. Briccetti on 6/25/2025) (mml) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/26/2025) |
| 06/26/2025 | 92 | CLERK'S JUDGMENT re: 91 Memorandum & Opinion in favor of ASR Group International, Inc., American Sugar Holdings, Inc., American Sugar Refining, Inc., Dennis Angone against Davall Garrison. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated June 25, 2025, the motion for summary judgment is GRANTED. Accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 6/26/2025) (tp) (Entered: 06/26/2025) |
| 07/15/2025 | 93 | **FILING ERROR – WRONG ORDER SELECTED FOR APPEAL –** NOTICE OF APPEAL from 91 Memorandum & Opinion,. Document filed by Davall Garrison. Filing fee $ 605.00, receipt number ANYSDC–31383893. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Goddard, Megan) Modified on 7/15/2025 (tp). (Entered: 07/15/2025) |
| 07/15/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Megan Sarah Goddard to RE–FILE Document No. 93 Notice of Appeal. The filing is deficient for the following reason(s): the wrong order/judgment being appealed was selected. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed – Do Not Pay the Appeal Fee Again. (tp)** (Entered: 07/15/2025) |
| 07/15/2025 | 94 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** AMENDED NOTICE OF APPEAL from 92 Clerk's Judgment,. Document filed by Davall Garrison. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Goddard, Megan) Modified on 7/15/2025 (tp). (Entered: 07/15/2025) |
| 07/15/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Megan Sarah Goddard to RE–FILE Document No. 94 Notice of Appeal. The filing is deficient for the following reason(s): the wrong event type was used to file the appeal. Re–file the appeal using the event type Notice of Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (tp)** (Entered: 07/15/2025) |
| 07/15/2025 | 95 | NOTICE OF APPEAL from 92 Clerk's Judgment,. Document filed by Davall Garrison. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Goddard, Megan) (Entered: 07/15/2025) |
| 07/15/2025 | | Appeal Fee Paid electronically via Pay.gov: for 95 Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC–31383893, paid on 7/15/2025. (tp) (Entered: 07/15/2025) |
| 07/15/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 95 Notice of Appeal. (tp) (Entered: 07/15/2025) |

| 07/15/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 95 Notice of Appeal filed by Davall Garrison were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/15/2025) |